# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

*(ELECTRONICALLY FILED)*

| | |
|---|---|
| DANIEL REDMON, et al., ) | |
| ) | CIVIL ACTION NO. 3:21-cv-90-CRS |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ADVANCED ELECTRICAL ) | |
| SYSTEMS, INC., ) | Removed from Jefferson Circuit Court |
| ) | Case No.: 21-CI-000340 |
| Defendant. ) | |
| ) | |

## NOTICE OF REMOVAL

TO:  THE UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION

Defendant, Advanced Electrical Systems, LLC ("AES"), by counsel, hereby removes the above-styled action from the Circuit Court for the County of Jefferson, Kentucky, Case No. 21-CI-000340, captioned *Daniel Redmon, et al. v. Advanced Electrical Systems, Inc.* (the "State Court Action"), to the United States District Court for the Western District of Kentucky, Louisville Division, for trial and determination, pursuant to 28 U.S.C. § 1331 and § 1441.  In support thereof, AES states as follows:

1. This action is being removed on the basis of federal question jurisdiction under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 206, *et seq.*

2. By way of elaboration, on January 15, 2021, Plaintiffs, Daniel Redmon, Nicholas Meurer, Wesley Hawkins, Cameron Goesman, Thomas Spivey, and Jeremy Sims (collectively,

"Plaintiffs"), filed the State Court Action in the Circuit Court for the County of Jefferson, Kentucky.

3. On January 21, 2021, AES was served with copies of the Summons and Complaint in the State Court Action.

4. As explained by the United States Supreme Court, federal question jurisdiction is established when the face of a properly pleaded complaint asserts a federal question. *Caterpillar, Inc. v. Williams,* 482 U.S. 386, 392 (1987).

5. The State Court Action is suit of a wholly civil nature over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331.

6. Specifically, Plaintiffs each assert a single cause of action, alleging that AES violated the Emergency Paid Sick Leave Act, Section 5110(2)(B)(i), Families First Coronavirus Response Act ("FFCRA"), Pub. L. No. 116-127, § 5110(2)(B)(i) (2020), by failing to provide them with emergency paid sick leave in July 2020.[1]

7. As set forth in Plaintiffs' Complaint, the FLSA provides this Court with federal question jurisdiction over Plaintiffs' causes of action for allegedly unpaid emergency sick leave.

8. The State Court Action does not involve any state law claims of any kind.

9. Because each of Plaintiffs' claims raise a question of federal law, this Court has original subject matter jurisdiction over the Complaint, pursuant to 28 U.S.C. § 1331.

10. Venue is also proper in this Court under 28 U.S.C. § 1441(a) because this Court embraces causes of action removed from Circuit Court of Jefferson County, Kentucky.

---

[1] Plaintiffs' causes of action are without any factual or legal merit, and AES intends to file a Motion to Dismiss the Complaint in its entirety, pursuant to Fed. R. Civ. P. 12(b)(6).

-3-

11.     Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all processes, pleadings, and orders served on AES are attached hereto as Exhibit "A".

12.     Furthermore, a true and correct copy of this Notice of Removal will be promptly filed with the Circuit Court of Jefferson County, Kentucky pursuant to 28 U.S.C. 1446(d).

13.     This Notice is signed and submitted by counsel pursuant to Fed. R. Civ. P. 11

**WHEREFORE,** Defendant, Advanced Electrical Systems, Inc., respectfully removes this action from the Circuit Court of Jefferson County, Kentucky to the United States District Court for the Western District of Kentucky, Louisville Division.

Respectfully submitted,

**COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.**

Dated:  February 11, 2021

*/s/ Lori W. Azzara, Esquire*
**LORI W. AZZARA, ESQUIRE**
Attorney No. 96920
525 William Penn Place, Suite 3005
Pittsburgh, PA 15219
Phone: (412) 434-5530
Fax:    (412) 434-5565
E-Mail: lazzara@cohenseglias.com

*Attorneys for Defendant,*
*Advanced Electrical Systems, Inc.*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*(ELECTRONICALLY FILED)*

| | |
|---|---|
| DANIEL REDMON, et al., ) | CIVIL ACTION NO. 3:21-cv-90-CRS |
| Plaintiffs, ) | |
| v. ) | |
| ADVANCED ELECTRICAL ) | |
| SYSTEMS, INC., ) | Remove from Jefferson Circuit Court |
| ) | Case No.: 21-CI-000340 |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

    I, LORI W. AZZARA, ESQ., counsel for Defendant, Advanced Electrical Systems, Inc. in the above-captioned matter, hereby certify that a copy of the foregoing Notice of Removal was served by electronic mail on this 11th day of February, 2021 upon:

Benjamin S. Basil, Esq.
PRIDDY, CUTLER, NAAKE & MEADE, PLLC
2303 River Road, Suite 300
Louisville, KY 40206
Basil@pcnmlaw.com

*Counsel for Plaintiffs, Daniel Redmon,
Nichols Meurer, Wesley Hawkins,
Cameron Goesman, Thomas Spivey,
and Jeremy Sims*

                                        */s/ Lori W. Azzara, Esquire*
                                        **LORI W. AZZARA, ESQUIRE**