IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**(Electronically Filed)**

| | |
|---|---|
| DANIEL REDMON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:21-cv-00090-CRS |
| | ) |
| ADVANCED ELECTRICAL SYSTEMS, INC. | ) |
| | ) Removed from Jefferson Circuit Court |
| Defendant. | ) Case No. 21-CI-000340 |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

*** *** ***

The parties having informed the Court that all of the claims asserted in this action have been resolved pursuant to an amicable settlement, and the Court having been adequately advised, it is hereby AGREED, ORDERED and ADJUDGED that any and all claims asserted herein are hereby dismissed with prejudice, upon agreement of the parties, each party to bear its own attorney fees and costs, and that this matter shall be stricken from the docket.

Dated:

_____
Hon. Charles R. Simpson III, Senior Judge
United States District Court

Having Seen and Agreed To:

| | |
|---|---|
| /s/ *Benjamin S. Basil* | /s/ *Lori W. Azzara* |
| Benjamin S. Basil | Lori W. Azzara, Esq. |
| Of Counsel | Cohen Seglias Pallas Greenhall |
| Schulz Messex Dermody, PLLC | & Furman, PC |
| 4350 Brownsboro Road, Suite 110 | 525 William Penn Place, Suite 3005 |
| Louisville, KY 40207 | Pittsburgh, PA 15219 |
| Telephone: (502) 893-4377 | Telephone: (412) 434-5530 |
| E-mail: Basil@kylaborfirm.com | lazzara@cohenseglias.com |
| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANT |